UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# RELATED CASE ORDER

A Notice of Related Cases has been filed that the following cases are related within the meaning of Civil L.R. 3-12(b):

**C03-05642 JF Baker v. Arnold, et al**
**C03-05799 JF Stremple v. Arnold, et al**
**C03-05870 JF Deutsch v. Arnold, et al**
**C04-00085 JF Panzer v. Arnold, et al**
**C04-00190 JF Grimes v. Cronan, et al**
**C04-00251 JF Chermak v. Arnold, et al**
**C04-00280 JW Gillis v. Arnold, et al**
**C04-00359 JF Hansen v. Cronan, et al**
**C04-00568 CRB Hwang v. Arnold, et al**
**C04-00586 CRB Lederman v. Cronan, et al**
 C 04-0607 SC Smajlaj v. Arnold, et al

## ORDER

The time for filing a statement to support or oppose the Notice has passed. On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[] **ARE NOT RELATED** as defined by Civil L.R. 3-12(b).

[X] **ARE RELATED** as defined by Civil L.R. 3-12(b). Pursuant to Civil L.R. 3-12(e), the Clerk of Court is ordered to reassign the later-filed action to the undersigned. Counsel are instructed that all future filings are to bear the initials **JF** immediately after the case number. All matters presently scheduled for hearing in the reassigned case(s) are vacated and must be renoticed for hearing before the undersigned.

**DATED: 3/4/04**                                    (s/electronic signature authorized) Hon. Jeremy Fogel
                                                     **UNITED STATES DISTRICT JUDGE**


## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record in the cases listed above.

                                                     **Richard W. Wieking, Clerk**


**DATED:**                                           **By:** _____
                                                          Deputy Clerk

Copies to: Courtroom Deputies
　　　　　Case Systems Administrators
　　　　　Counsel of Record
Entered into Assignment Program: _____
　　　　　　　　　　　　　　　　　(date)